UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE:                                                       CASE NO. 08-30046
MURPHY, TRINA
   Debtor(s)

## TRANSMITTAL OF UNCLAIMED FUNDS

MARK K. SUTTON, Trustee of this estate, reports the following:

1. Ninety days having passed since final distribution under 11 U.S.C. 726 was made in this case. Your Trustee has stopped payment on all checks remaining unpaid. The names of persons to whom such unnegotiated distribution checks were issued, the amount of such checks, and their last known addresses are:

    3      Recovery Management Systems Corp.                    $ 473.13
            For GE Money Bank, dba Wal-Mart Discover
            25 SE 2nd Ave. Ste 1120
            Miami, FL 33131

2. Your Trustee's check for $473.13, payable to the Clerk of the Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Natchitoches, Louisiana, this 16th day of November, 2009.

                                                                 /s/ Mark K. Sutton
                                                                  MARK K. SUTTON, TRUSTEE